

IN THE SUPERIOR COURT OF GUAM

FILED
COURT

2014 FEB -6 PM 2: 31

CLERK OF COURT

BY:

| | |
|---|---|
| DARIUS A. RICHARDSON, M.D., | ) DOMESTIC CASE NO. DM361-01 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JEAN LORRAINE RICHARDSON, | ) **DECISION AND ORDER** |
| TICOR TITLE INSURANCE, and | ) |
| BANK OF HAWAII, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter came before the Honorable Katherine A. Maraman on the following matters:

**(A)** Mother's Motion for Plaintiff to Pay October 2013 Child Support Payment; Late Fee; Direct Deposit of Child Support Payments ("Motion"), received by the Court on October 17, 2013; and

**(B)** Mother's Ex Parte Motion for Order to Pay October 2013 Child Support; Late Fees; Order to Show Cause Re: Contempt Re: Notice to Vacate ("Ex Parte Motion"), filed on October 22, 2013. The court, after having reviewed the filings and the exhibits entered in the case and the record, now issues its decision and order DENYING Mother's Motion and Ex Parte Motion.

It is ORDERED AND ADJUDGED that the Motion and Ex Parte Motion are DENIED and Father is therefore not in contempt because Mother acknowledged receipt of the October 2013 payment. However, from this point forward, Darius shall ensure that each and every future monthly child support payment is mailed to Mother no later than the 1st day of each and every month. If payment is not mailed by that date, this Court will consider imposing sanctions as provided under Chapter 34 of Title 5 of the Guam Code Annotated.

1

It is further ORDERED AND ADJUDGED that Father's suggestion for *sua sponte* sanctions against Mother is DENIED.

**SO ORDERED** this 6th day of February, 2014.

HONORABLE KATHERINE A. MARAMAN
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

FEB 06 2014

Linda M. Perez
Deputy Clerk, Superior Court of Guam